# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Denise Tatum, Personal Representative of the Estate of John "Jack" Tatum, Deceased; et al., | ) ) ) Civil Action No. 2:13—01272 |
| Plaintiffs, | ) |
| v. | ) |
| National Football League, et al., | ) |
| Defendants. | ) |

**MOTION FOR VOLUNTARY DISMISSAL AS TO PLAINTIFFS DUANE GALLOWAY, MARK GARALCZYK, MARCUS HILL, LEROY JONES, PAUL J. LANE, MARVIN MATTOX, RONALD W. PRITCHARD, JOHN C. RUDNAY, AND RODERICK MARTIN**

NOW COME Plaintiffs, Duane Galloway, Mark Garalczyk, Marcus Hill, Leroy Jones, Paul J. Lane, Marvin Mattox, Ronald W. Pritchard, John C. Rudnay, and Roderick Martin, and file the within Motion for Voluntary Dismissal as to Plaintiffs Duane Galloway, Mark Garalczyk, Marcus Hill, Leroy Jones, Paul J. Lane, Marvin Mattox, Ronald W. Pritchard, John C. Rudnay, and Roderick Martin.

1. Counsel for Plaintiffs initiated the instant action through a Complaint in Civil Action, filed on August 30, 2013.

1. Plaintiffs, Duane Galloway, Mark Garalczyk, Marcus Hill, Leroy Jones, Paul J. Lane, Marvin Mattox, Ronald W. Pritchard, John C. Rudnay, and Roderick Martin, only, wish to voluntarily dismiss their claims against all defendants in this action without prejudice.

WHEREFORE, Plaintiffs, Duane Galloway, Mark Garalczyk, Marcus Hill, Leroy Jones Paul J. Lane, Marvin Mattox, Ronald W. Pritchard, John C. Rudnay, and Roderick Martin, only, respectfully request that this Court enter an order dismissing their claims against all defendants without prejudice.

Dated:  September 5, 2013   Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

/s/*Jason T. Shipp*
Jason E. Luckasevic, Esquire
PA I.D. # 85557
jluckasevic@gpwlaw.com
Jason T. Shipp, Esquire
PA I.D. #87471
jshipp@gpwlaw.com
1030 Fifth Avenue
Pittsburgh, Pennsylvania 15219
(412) 471-3980 (phone)
(412) 471-8308 (facsimile)